UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

IZAK SHACKELFORD,

    Plaintiff,

v.

MASON COUNTY JAIL,

    Defendants.

CASE NO. C13-5326 BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 21. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Defendants' motion for summary judgment (Dkt. 16) is **GRANTED**, and Plaintiff's claims against Defendant Mason County Jail are **Dismissed With Prejudice**;

(3)     In forma pauperis status is revoked for purposes of appeal; and

(4)     The clerk shall enter judgment for Defendant against Plaintiff and close this case.

Dated this 28th day October, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER